IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT SEIFRIED,

    Plaintiff,

v.                                            Civil Action No. 3:21cv195

LT. SAMPLE, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on April 30, 2021, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was released. On August 25, 2023, the United States Postal Service returned an August 14, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Inmate Released." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 9/5/2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge